United States District Court
Southern District of Texas
**ENTERED**
July 18, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MELQUIADES MENDIOLA, JR., TDCJ #01833650, | § § § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-180 |
| UTMB, *et al*, | § § § § § § | |
| Defendants. | § | |

## ORDER

Plaintiff Melquiades Mendiola, Jr. (TDCJ #01833650), an inmate in the custody of the Texas Department of Criminal Justice - Correctional Institutions Division ("TDCJ"), filed a civil rights complaint under 42 U.S.C. § 1983 (Dkt. 1). The Court dismissed the complaint with prejudice (Dkt. 24 and Dkt. 25) because Mendiola insisted on bringing claims only against TDCJ and the University of Texas Medical Branch ("UTMB"), both of which are immune from suit. *Lewis v. University of Texas Medical Branch at Galveston*, 665 F.3d 625, 630 (5th Cir. 2011); *Aguilar v. Texas Dept. of Criminal Justice*, 160 F.3d 1052, 1054 (5th Cir. 1998). When the Court interpreted a letter from Mendiola as a motion for leave to supplement his complaint and add new defendants, Mendiola insisted that he only meant to sue TDCJ and UTMB and "never filed [any] motion for leave to supplement" (Dkt. 18 and Dkt. 22).

Mendiola has now filed an "objection" to the Court's final judgment (Dkt. 26), which

the Court will interpret as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e). In his motion, which is very difficult to understand, Mendiola continues to assert claims against TDCJ and UTMB. No matter how liberally the Court construes Mendiola's pleadings, it is impossible to determine whom else he is trying to sue, or on what basis.

The Court has no choice but to **DENY** Mendiola's motion (Dkt. 26).

The Clerk shall provide a copy of this order to the parties.

SIGNED at Galveston, Texas on _July 15_, 2016.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE